

# COURT OF APPEALS
## EIGHTH DISTRICT OF TEXAS
### EL PASO, TEXAS

| | | |
|---|---|---|
| BARRY KENNETH BROWN, JR., | § | No. 08-16-00149-CR |
| Appellant, | § | Appeal from the |
| v. | § | 78th District Court |
| THE STATE OF TEXAS, | § | of Wichita County, Texas |
| Appellee. | § | (TC# 46,285-B) |
| | § | |

## MEMORANDUM OPINION

Barry Kenneth Brown, Jr. has filed a motion to dismiss his appeal. Rule 42.2(a) permits an appellate court to dismiss a criminal appeal on the appellant's motion at any time before the court's decision. TEX.R.APP.P. 42.2(a). Finding that Appellant has complied with the requirements of Rule 42.2(a), we grant the motion and dismiss the appeal.

STEVEN L. HUGHES, Justice

August 19, 2016

Before McClure, C.J., Rodriguez, and Hughes, JJ.

(Do Not Publish)